UNITED STATES of America,
Appellee,

v.

Allen Gene KILEN [Kilan], Appellant.

No. 73–1661.

United States Court of Appeals,
Ninth Circuit.

Aug. 18, 1975.

Michael L. Krassner, San Francisco, Cal., for appellant.

Stephen G. Nelson, Asst. U. S. Atty., San Diego, Cal., for appellee.

### ORDER

Before GOODWIN and WALLACE, Circuit Judges, and BYRNE,* District Judge.

On July 8, 1975, appellee filed its petition for rehearing. The panel then called for appellant's response. On August 6, 1975, appellant filed a response, to the effect that given the decision of the Supreme Court in *United States v. Peltier,* —— U.S. ——, 95 S.Ct. 2313, 45 L.Ed.2d 374 (1975), he has no objection to the granting of the appellee's petition for rehearing.

The court having considered the petition for rehearing and the response, it is ordered that the petition for rehearing is granted, and, upon the authority of *United States v. Peltier,* the Memoran-

---

* The Honorable William M. Byrne, Senior United States District Judge for the Central District of California, sitting by designation at the argument of this case, died before this case was decided.

dum filed May 27, 1974, in the above-entitled case is withdrawn and the judgment is affirmed.

Paul Henry KRIDER, Appellant,

v.

Charles L. WOLFF, Jr., Appellee.

No. 74–1918.

United States Court of Appeals,
Eighth Circuit.

Submitted April 16, 1975.

Decided Aug. 8, 1975.

Richard P. Nelson, Lincoln, Neb., for appellant.

Melvin Kammerlohr, Asst. U. S. Atty., Lincoln, Neb., for appellee.

Before JONES, Senior Circuit Judge,* and HEANEY and HENLEY, Circuit Judges.

PER CURIAM.

The appellant sought relief by habeas corpus in the district court from a conviction in a state court of Nebraska. After a full hearing, the district court denied relief and in so doing filed an opinion setting forth the basis for its decision. *Krider v. Wolff,* 396 F.Supp. 741. We are in accord with the decision of the district court. Its judgment is

Affirmed.

---

* Warren L. Jones, United States Court of Appeals for the Fifth Circuit, sitting by designation.